UNITED STATES of America, Plaintiff—Appellee,

v.

Jesus SOTO–NAVARRO, Defendant— Appellant.

No. 01–10554.

D.C. No. CR–01–00538–FRZ.

United States Court of Appeals, Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Submitted Aug. 12, 2002 *.

Decided Aug. 16, 2002.

Before SCHROEDER, Chief Judge, TASHIMA and RAWLINSON, Circuit Judges.

MEMORANDUM **

Jesus Soto–Navarro appeals his conviction, pursuant to a guilty plea, and sentence for conspiracy to possess with the intent to distribute marijuana in violation of 21 U.S.C. § 846.

Soto–Navarro's attorney has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and has moved to withdraw as counsel of record. Soto–Navarro has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily, *United States v. Aguilar–Muniz,* 156 F.3d 974, 976 (9th Cir.1998), we enforce the waiver, grant counsel's motion to withdraw, and dismiss the appeal.

DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

